JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC NEWFIELD, ) | Case No.:  CV 16-3833 DSF (JPRx) |
|     Plaintiff, ) | |
| vs. ) | |
| CITY NATIONAL BANK, N.A., ) | JUDGMENT |
|     Defendants. ) | |
| _____ ) | |

    On June 16, 2016, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee.  Plaintiff was advised to pay the filing fee within 30 days or the case would be dismissed. Plaintiff has failed to pay the filing fee, therefore IT IS ORDERED that the action is dismissed.

Dated: 8/2/16

_____
Dale S. Fischer
United States District Judge