JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC NEWFIELD | Case No.: CV16-3833 DSF (JPRx) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY NATIONAL BANK, NA, et al., | |
| Defendants. | |

    The Court having granted summary judgment in favor of Defendants City National Bank, NA, SMS Financial LLC, and SMS Financial XI, LLC, and having granted the motion of Defendant Hemar, Rousso & Heald, LLP's motion to dismiss the action,

    IT IS ORDERED that Plaintiff Marc Newfield shall take nothing and that this action is dismissed on the merits in its entirety.

Dated: 2/9/17

*Dale S. Fischer*
Dale S. Fischer
United States District Judge